# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROGER BARONE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00846-ALM-AGD |
| | § | |
| MAPLEBEAR, INC., et al. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2026, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion to Remand or, in the Alternative, to Decline Supplemental Jurisdiction and to Sever and Remand Plaintiff's State Law Claims (Dkt. #5) be denied.

On August 31, 2026, Plaintiff filed timely objections to the Report (Dkt. #13). On September 14, 2026, Defendant Checkr, Inc. filed a response to Plaintiff's objections (Dkt. #14). Then, on September 15, 2026, Plaintiff filed a Motion for Leave to File a Short Reply in Support of His Objections to the Report and Recommendation (Dkt. #15), which the Court hereby **GRANTS**. As such, Plaintiff's reply in support of his objections (Dkt. #16) is deemed properly filed.

The Court has conducted a de novo review of Plaintiff's objections (Dkt. #13), Defendant Checkr, Inc.'s response (Dkt. #14), and Plaintiff's reply (Dkt. #16). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Remand or, in the Alternative, to Decline Supplemental Jurisdiction and to Sever and Remand Plaintiff's State Law Claims (Dkt. #5) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 8th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE